IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FRANK EDWIN PATE, §
    ID # 30430-408, §
       Petitioner, §
       §
v. §    No. 3:26-CV-0758-D
       §
VOLUNTEERS OF AMERICA, §
TEXAS, et al., §
      Respondents. §

**ORDER ADOPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the court will, by separate judgment, summarily dismiss the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed on March 9, 2026 (doc. 3), without prejudice to petitioner's seeking relief in a separate, non-habeas civil action.

A certificate of appealability is not required for a federal prisoner to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005). If petitioner files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a

motion to proceed *in forma pauperis*.

**SO ORDERED.**

June 23, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE